IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**KEITH BENNETT JOHNSON,**
also known as Keith Bennett,

**Defendant.**                                    No. 09-cr-30102-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court, *sua sponte*, as part of its authority to manage its own docket. The indictment was originally filed in the Central District of Illinois. (No. 09-cr-20049). Because of potential conflicts, the Judges of that district recused themselves. (Doc. 4-No. 09-cr-20049). Under the mistaken belief that this case was "transferred" to the Southern District of Illinois by the recusal order, the instant case was opened in this district. However, the case was not transferred and remains in the Central District of Illinois under the original case number. (Doc. 8-No. 09-cr-20049). Thus, it was error to open the instant case.

Chief Judge Easterbrook, of the United States Court of Appeals for the Seventh Circuit, assigned the case to the undersigned. (Doc. 11-No. 09-cr-20049). The order specifies that the undersigned is to perform the duties of district judge in the United States District Court for the Central District of Illinois for this case. Pursuant

to that Order, all further proceedings in this case will take place in the Central District of Illinois under the original case number of 09-cr-20049.

Accordingly, the Court **ORDERS** as follows: (a) that the file in this district (09-cr-30102-DRH) is to be closed; (b) that all further pleadings, motions, orders and other docket entries are to be filed with the Central District of Illinois under Case No. 09-cr-20049; and **(c)** that all further proceedings in this case will take place in the Central District of Illinois under Case No. 09-cr-20049.

**IT IS SO ORDERED.**

Signed this 10th day of September, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**